# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRITTANY JOHNSTON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:19-cv-01298-JWB |
| | ) |
| SDI ELLSWORTH, LLC d/b/a SONIC, | ) |
| | ) |
| Defendant. | ) |

## ORDER REQUIRING RELEASE OF KHRC FILE

NOW on this 16th day of April, 2020, upon agreement of the parties in the above case, the Court hereby orders the Kansas Human Rights Commission (KHRC) to release all records in its possession concerning *Brittany Johnston v. SDI Ellsworth, LLC d/b/a Sonic*, KHRC Docket No. 40392-19 (EEOC Charge No. 28D-2018-00862), including any and all documents to include, but not be limited to, correspondence, notes, tape recordings, reports, investigative materials, and any and all other documents related hereto. The KHRC may withhold conciliation materials as provided for in K.S.A. § 44-1005(e) or attorney work product of the KHRC's legal staff. *See McCoo v. Denny's, Inc.*, Case No. 98-CIV-2458-RDR 2000 WL 307315, at *1 (D. Kan. Mar. 21, 2000) (Waxse, J.). A brief summary of the documents the KHRC claims are privileged shall be served on all parties in this case.

IT IS SO ORDERED.

O:\ORDERS\19-1298-JWB-14.DOCX

Dated April 16, 2020, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

O:\ORDERS\19-1298-JWB-14.DOCX